**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                        CASE NO. 3:87CR3067/RV

SATO YUJI IIMURA

**REFERRAL AND ORDER**

Referred to Judge Vinson on  5/14/2012
Type of Motion/Pleading <u>Amended Petition to Remit Fine Balance</u>
Filed by: <u>Government</u>    on <u>5/11/12</u>   Doc. No. <u>27</u>
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on          Doc. No.
                                          on          Doc. No.
                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

                                          <u>/s/ V. Harmon</u>
                                          Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  <u>15th</u>  day of <u>May</u>, 2012, that:

(a)   The requested relief is GRANTED.
(b)

                                           <u>/s/ *Roger Vinson*</u>
                                           ROGER VINSON
                                           SENIOR UNITED STATES DISTRICT JUDGE